1
2
3
4
5
6

CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, SCOTT JOHNSON

7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 3:20-cv-06945-JCS |
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| v. | |
| NEW CIVIC COMPANY, LTD., a California Corporation; COM HOWARD I LLC, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | |

17  The plaintiff hereby notifies the court that a provisional settlement has been
18 reached in the above-captioned case. The Parties would like to avoid any additional
19 expense while they focus efforts on finalizing the terms of the settlement and reducing it
20 to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all
21 currently set dates with the expectation that the settlement will be consummated within
22 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice
23 as to all parties to be filed.

24
25      CENTER FOR DISABILITY ACCESS

26  Dated: February 15, 2021    By: /s/ Amanda Seabock
27           Amanda Seabock
           Attorney for Plaintiff
28

Notice of Settlement        -1-        3:20-cv-06945-JCS