CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

MARTIN H. ORLICK (SBN: 083908)
mho@jmbm.com
STUART K. TUBIS (SBN: 278278)
skt@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Attorneys for Defendants
New Civic Company, LTD. and Com Howard I LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 3:20-cv-06945-JCS |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| NEW CIVIC COMPANY, LTD., a California Corporation; COM HOWARD I LLC, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | |

1

## **STIPULATION**

2

3       Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

4   between the parties hereto that this action may be dismissed with prejudice

5   as to all parties; each party to bear his/her/its own attorneys' fees and costs.

6   This stipulation is made as the matter has been resolved to the satisfaction of

7   all parties.

8

9   Dated: March 26, 2021          CENTER FOR DISABILITY ACCESS

10

11                                 By: /s/ Amanda Seabock
                                       Amanda Seabock
12                                     Attorneys for Plaintiff

13  Dated: March 26, 2021          JEFFER MANGELS BUTLER & MITCHELL
                                   LLP
14

15                                 By: /s/ Stuart K. Tubis
                                       Martin H. Orlick
16                                     Stuart K. Tubis
                                       Attorneys for Defendant
17                                     New Civic Company, LTD. and Com
                                       Howard I LLC
18

19

20

21

22

23

24

25

26

27

28

2

1

## **SIGNATURE CERTIFICATION**

2

3 I hereby certify that the content of this document is acceptable to Stuart K.

4 Tubis, counsel for New Civic Company, LTD. and Com Howard I LLC, and

5 that I have obtained Mr. Tubis's authorization to affix his electronic signature

6 to this document.

7

8 Dated: March 26, 2021          CENTER FOR DISABILITY ACCESS

9

10                                           By: /s/ Amanda Seabock
                                                    Amanda Seabock
11                                                  Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Joint Stipulation for Dismissal                    Case: 3:20-cv-06945-JCS